UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUD ROSSMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>RAY LETTEER,<br><br>    Defendant. | Case No. 15-cv-05680-MEJ<br><br>**ORDER FOR PLAINTIFF TO PROVIDE FURTHER INFORMATION IN SUPPORT OF FEE WAIVER APPLICATION**<br><br>Re: Dkt. No. 3 |

On December 10, 2015, Plaintiff Brud Rossmann filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Dkt. No. 3. As part of his application, Plaintiff states he has no income from wages or other sources, and no money in cash or in a checking or savings account. However, Plaintiff lists $1,000 in regular monthly expenses. As Plaintiff does not explain this discrepancy, the Court ORDERS Plaintiff to file a declaration by December 30, 2015, explaining the following:

  1)   How do you pay your monthly expenses? For each source of money, state the amount you received and what you expect to receive in the future.

  2)   Are you married? If so, what is your spouse's full name? If your spouse is employed, what is your spouse's place of employment and monthly salary?

  3)   Do you have a bank account? If yes, what is the present balance?

  4) Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?

Plaintiff shall sign the declaration and include the following statement "I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims."

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUD ROSSMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAY LETTEER,<br><br>　　　　　Defendant. | Case No.　15-cv-05680-MEJ<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on December 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brud Rossmann
C/O Sawtooth Capital LLC
Ashton San Francisco
301 Executive Park Boulevard
San Francisco, CA 94134

Dated: December 16, 2015

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES

2