UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUD ROSSMANN,

    Plaintiff,

  v.

RAY LETTEER,

    Defendant.

Case No. 15-cv-05680-MEJ

**ORDER TO SHOW CAUSE**

On December 10, 2015, Plaintiff Brud Rossmann filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Dkt. No. 3. As the Application contained discrepancies, the Court ordered Plaintiff to file a declaration by December 30, 2015, explaining: (1) how he pays his monthly expenses, including the amount received for any source of income; (2) whether he is married and, if so, his spouse's monthly salary; (3) whether he has a bank account and, if so, the present balance; and (4) whether the complaint raises claims that have been presented in other lawsuits. Plaintiff failed to respond.

Accordingly, the Court hereby ORDERS Plaintiff Brud Rossmann to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 19, 2016. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 4, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 5, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUD ROSSMANN,

        Plaintiff,

   v.

RAY LETTEER,

        Defendant.

Case No.  15-cv-05680-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on January 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brud Rossmann
c/o Sawtooth Capital LLC
Ashton San Francisco
301 Executive Park Boulevard
San Francisco CA 94134

Dated: January 5, 2016

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES