UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUD ROSSMANN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAY LETTEER,<br><br>　　　　　Defendant. | Case No. 15-cv-05680-JD<br><br>**JUDGMENT** |

　　　　On February 17, 2016, the Court dismissed this case without prejudice under Federal Rule of Civil Procedure 41(b). Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Brud Rossmann.

　　　　**IT IS SO ORDERED.**

Dated: February 17, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUD ROSSMANN,

    Plaintiff,

v.

RAY LETTEER,

    Defendant.

Case No. 15-cv-05680-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brud Rossmann
C/O Sawtooth Capital LLC
Ashton San Francisco
301 Executive Park Boulevard
San Francisco, CA 94134

Dated: February 17, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2